IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**FRANK E. VOTH,**                              6:16-CV-00779-AC

    **Plaintiff,**                            **ORDER**

**v.**

**GARRETT LANEY, CAPTAIN
SIMMONS, and MS. C.
ARCHDEACON,**

    **Defendants.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#80) on April 4, 2017, in which he recommends this Court grant Defendants' Motion (#38) for Summary Judgment based on Plaintiff's failure to exhaust administrative remedies and dismiss this matter. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#80). Accordingly, the Court **GRANTS** Defendants' Motion (#38) for Summary Judgment based on Plaintiff's failure to exhaust administrative remedies and **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 4th day of May, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge